AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| INDUSTRIOUS SERVICE GROUP, INC )<br>*Plaintiff* )<br>v. )<br>HENRY F. TEICHMANN, INC )<br>*Defendant* ) | Civil Action No. 2:23-cv-00389-JNP-JCB |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/03/2023__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __02/06/2025__

**GARY P. SERDAR**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| INDUSTRIOUS SERVICE GROUP, INC., <br><br>Plaintiff, <br><br>v. <br><br>HENRY F. TEICHMANN, INC., <br><br>Defendant. | DEFAULT JUDGMENT <br><br>Case No. 2:23-cv-00389-JNP-JCB <br><br>District Judge Jill N. Parrish |
|---|---|

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Industrious Service Group, Inc. and against defendant Henry F. Teichmann, Inc. in the amount of $353,844.34.

DATED October 3, 2023.

BY THE COURT

Jill N. Parrish
United States District Court Judge

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District Court for the District of Utah.
Number of pages: 1
Date: 2/6/2025
GARY P. SERDAR
CLERK OF COURT
By: Deputy Clerk

# U.S. District Court

## United States District Court, District of Utah

Receipt Date: Feb 6, 2025 10:03AM

Christina Lee

Rcpt. No: 8918        Trans. Date: Feb 6, 2025 10:03AM        Cashier ID: #SG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 104 | Cert of Document/Transcript of JGMT |  | 1 | 12.00 | 12.00 |
| 100 | Copies (Paper) |  | 1 | 0.50 | 0.50 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $12.50 |

Total Due Prior to Payment: $12.50
Total Tendered: $12.50
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: Clerk's Certificate of a Judgment to be registered in another district. Case 2 23 cv 389

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Dinsmore & Shohl LLP
6 PPG Place
1300 Six
Pittsburgh, PA 15222

———